UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| U.S. BANK TRUST N.A., AS TRUSTEE FOR VOLT ASSET HOLDINGS NPL3,<br><br>Plaintiff,<br><br>v.<br><br>MARCOS SANDOVAL, CECILIA ACOSTA, and DOES 1 to 6, inclusive,<br><br>Defendant.<br>_____/ | No. C 13-01304 LB<br><br>**ORDER (1) CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND (2) DIRECTING PLAINTIFF TO FILE A MOTION TO REMAND** |

Defendants Marcos Sandoval and Cecilia Acosta removed this unlawful detainer action from state court to this court on March 22, 2013 and filed for leave to proceed *in forma pauperis*. Notice of Removal, ECF No. 1; Motions for Leave to Proceed *In Forma Pauperis*, ECF Nos. 3 and 4.[1] Since then, the Defendants have done nothing. *See generally* Docket. On June 20, 2013, Plaintiff U.S. Bank Trust N.A. ("U.S. Bank") filed a Case Management Statement arguing that the court lacks jurisdiction over this case and should remand it back to state court. *See* ECF No. 12. U.S. Bank failed to notice or file a motion, a memorandum of law, or any evidentiary support for that contention. Case Management Statement, ECF No. 12.

This court has previously explained to U.S. Bank's counsel (in very similar circumstances) that

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the documents.

C 13-01304 LB
ORDER

if he wants relief for his clients, he must ask for it in the form required by the local rules. *See* Order, *U.S. Bank, N.A. v. Medina-Gonzalez*, No. C 12-04991 LB, ECF No. 16. The court has generated a standard order, and it is easy to copy it. Accordingly, if U.S. Bank wants the court to address the issue it raises, the court **DIRECTS** it to file and serve, in accordance with Civil Local Rule 7, a noticed motion to remand based on a lack of subject-matter jurisdiction.

Because only U.S. Bank has consented to the undersigned's jurisdiction, *see* ECF No. 10, and to allow sufficient time for U.S. Bank to move for the relief it seeks, the court **CONTINUES** the June 27, 2013 initial case management conference to September 12, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: June 24, 2013

LAUREL BEELER
United States Magistrate Judge