# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT ASSET HOLDINGS NPL3, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>CECILIA ACOSTA; MARCOS SANDOVAL; and DOES 1 to 6, inclusive, <br><br>　　　　Defendants. | Case No.: 3:13-cv-01304-LB <br><br> State Case No.: FCM132184 <br><br> *The Honorable Laurel Beeler* <br><br> **ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED THAT Plaintiff's Request for Voluntary Dismissal is GRANTED.  This case is hereby dismissed without prejudice.

Dated: September 12, 2013　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

ORDER OF DISMISSAL